IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 25 2013

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

BRIAN EVANS

General Delivery

Keaau, Hawaii 96749

(617) 599-5040

riveravenue@hotmail.com

CIVIL NO. CV13 00315 RLP

vs.

Town of Hampton, New Hampshire

100 Winnacunnet Road

Hampton, NH 03842,

DEFENDANT

Mike Pierce, in his Individually Capacity and Official Capacity as Selectman of The Town of Hampton, NH,

DEFENDANT

Rick Griffin, in his Individual Capacity, and Official Capacity as former Selectman of Hampton, NH,

DEFENDANT

Ben Moore, in his Individual Capacity, and Official Capacity as former Selectman of Hampton, NH

DOES 1-10,

DEFENDANT

JURY TRIAL DEMANDED

## COMPLAINT FOR CONSPIRACY TO COMMIT FRAUD, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

Plaintiff, Brian Evans (in Pro Se), files this First Amended Complaint against all named Defendants above

for Conspiracy to Commit Fraud and Intentional Infliction of Emotional Distress

## PARTIES

Brian Evans, a Resident and Citizen of Hawaii

Town of Hampton, New Hampshire, located in Hampton, New Hampshire

Rick Griffin, a resident of Hampton, New Hampshire

Ben Moore, a resident of Hampton, New Hampshire

Mike Pierce, a resident of Hampton, New Hampshire

## JURISDICTION

This Honorable Court has subject jurisdiction over this matter under Diversity, 28 USC 1332 as the

matter is between parties from different states and exceeds $75,000 in claim.

Venue is proper given Plaintiff is the only son of the victim in this case, now the administrator of her

Estate, but for the purposes of this Complaint is acting individually and in the capacity as her son, as he

is also alleging Intentional Infliction of Emotional Distress, which is being suffered by Plaintiff here in

Hawaii, where he resides and is a citizen. Elements of this Emotional Distress as it relates to this matter

occurred only within the past two months after numerous grief therapy sessions revealed itself.

Plaintiff is a resident and full time citizen of the state of Hawaii, and maintains Hawaii state ID

The United States Supreme Court determined in Erie Railroad Co. v. Tompkins (1938) that the law applied in a diversity case would be the law of whatever state in which the action was filed.

In LeBlanc v. Cleveland, 248 F.3d 95 (2nd Cir. 1999), it is stated that Diversity is determined at the time that the action is filed, and on the basis of the residency of the parties at that time. A change in domicile by a party before or after that date is irrelevant, if Plaintiff's residency is in question. Plaintiff is a resident of Hawaii and maintains Hawaii state identification and physical residents and intends to reside her for the remainder of his life. Plaintiff provides a current valid Hawaii state ID (address is currently in the process of being changed due to a move to the Big Island of Hawaii) (Exhibit A).

Under article III of the Constitution, federal courts can hear "all cases in law and equity arising under this Constitution and laws of the United States."

Plaintiff has in the past worked as a concert producer in this State, and was once a candidate for the US Senate in Hawaii. Plaintiff's entire life has been based in Hawaii for more than a decade, leaving only for occasional employment.

The state of New Hampshire also promotes nationally, and to Hawaii residents, of its tourism opportunities, including the town of Hampton, New Hampshire.

### FACTUAL ALLEGATIONS

Plaintiff, Brian Evans files this Complaint against the Defendants for Conspiracy to Commit Fraud, and Intentional Infliction of Emotional Distress.

### FIRST CLAIM

### (Conspiracy To Commit Fraud)

1. In October, 2012, Plaintiff's mother, Helen Marie Bousquet, decided to go to The Holy Family Hospital,

a Steward Health Care System hospital. Knowing she had Sleep Apnea, she was cleared for the routine knee surgery by her doctors. She passed away after being left alone in an unmonitored recovery room, dosed out on morphine to deal with the pain from her knee surgery. Her untimely passing has caused national attention, including the introduction of her website by Oscar winning actor Tom Hanks (see helenbousquet.com), and the first ever letter by the only 501(c) organization that focuses on the condition known as Sleep Apnea, The American Sleep Apnea Association.

2. Soon thereafter, Plaintiff appeared before the Hampton Selectmen, on video, where has was told to collect signatures on a petition in support of his efforts, set a new date before the Selectmen, who would then vote on a measure to place a Memorial sign under the "M Street" street name. The statement's on video speak for themselves, and is conclusive evidence to Plaintiff's claim (as this Honorable Court continues to read this Complaint).

3. After collecting signatures in support of Plaintiff's requests for a Memorial Sign to be added beneath the "M Street sign," Plaintiff again appeared before the Selectmen, at their request.

4. At that hearing, Selectmen Griffin is seen to be completely changing his own instructions as outlined in Exhibit B, suggests Plaintiff obtain a "warrant article," despite knowing that such a request had met it's deadline just days before. Co-Defendants Griffin, Moore, and Pierce, colluded to prevent the request from passing by providing Plaintiff, on video, with instructions that they never intended to follow through on. This is the clear definition of Conspiracy to Commit Fraud. What's even more shocking is that former Selectmen Griffin is then seen on video tape actually voting in support of the measure he is arguing in on video. The entire "Selectmen hearing" was a sham where the "3-2" vote was predetermined before Plaintiff walked into the hearing. Co-defendant Pierce is actually quoted in the newspaper in New Hampshire as saying he had no issue with the Memorial Sign.

Plaintiff's mother may not have been a soldier, but she still, by her sacrifice (and all such sacrifices are

not one we want) brought to light a condition that has brought national light to this condition. More than 1.8 million people have visited Tom Hank's introduction on YouTube of Helen Bousquet's website.

**SECOND CLAIM**

As a result of the actions of Plaintiff, the Defendants have caused Plaintiff to suffer severe emotional distress which will be supported by an affidavit in future filings by his Grief Therapist, a professor of Harvard University.

**CONCLUSION**

Helen Marie Bousquet died at 62 when she unknowingly jumped on a grenade for a nation. The New Hampshire Governor herself issued a Proclamation regarding Helen Bousquet, and US Senator J. Shaheen also supports Plaintiff's efforts «          Numerous Proclamations from other governors in other states have also been issued to bring attention to Mrs. Bousquet, and the Massachusetts State Senate is working on a proposal to new legislation in that state as a result of what happened to Helen Marie Bousquet, Plaintiff's mother.

Plaintiff's mother was a full time resident of Hampton, New Hampshire, and the citizens on the street the Defendants advised Plaintiff to obtain were obtained in less than forty minutes.

The Defendants have decided to cause the expense of litigation to its tax-paying citizens, the same tax paying citizens who signed an entered petition in support of the request for a memorial sign, not to mention the support of William Shatner, Ernie Boch, Jr., and multiple Grammy Award winning Producer Narada Michael Walden.

The Defendants in this case conspired to torpedo the request, knowing it had no intention to approve the request, instructed Plaintiff to obtain signatures, then at their own scheduled follow-up hearing, denied the measure, suggested Plaintiff file a "Warrant Article" for the very first time just days after it

knew the deadline to do so had passed. Reviewing both Exhibited "DVD's" attached to this Complaint make this undeniable. Helen Bousquet is the co-producer of the first and only music video ever to be filmed by a solo artist in Boston Red Sox history, which has been added to The National Baseball Hall of Fame library.

The people of New Hampshire deserve better from their elected officials than the continuous pre-determined "3-2" votes that go before the Selectmen.

### RELIEF

Plaintiff files suit seeking $10 million, and damages as allowed by law, to be distributed to charities in the state of New Hampshire his mother would have wanted.

BRIAN EVANS

June 20th, 2013