IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

BRIAN EVANS, PLAINTIFF, PRO SE

General Delivery

Keaau, Hawaii 96749

v.

Town of Hampton, New Hampshire

100 Winnacunnet Road

Hampton, NH 03842,

    DEFENDANT

CASE NUMBER 13-00315-RLP

PLAINTIFFS SECOND AMENDED COMPLAINT

Mike Pierce, in his individual and official capacity as Hampton Selectmen

100 Winnacunnet Road

Hampton, NH 03842

                        Defendant

Rick Griffin, in his individual and Official capacity as former Selectmen of Hampton, NH,

100 Winnacunnet Road

Hampton, NH 03842

                        Defendant

Ben Moore, in his individual and Official capacity as Selectmen of Hampton, NH

100 Winnacunnet Road

Hampton, NH 03842

> Defendant

# COMPLAINT FOR CONSPIRACY TO COMMIT FRAUD, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

## JURY TRIAL DEMANDED

**Plaintiff, Pro Se, for his complaint against Defendants allege:**

### JURISDICTION AND VENUE

1. This Honorable Court has subject jurisdiction over this matter under Diversity Jurisdiction, 28 USC 1332 as the matter is between parties from different states and exceeds $75,000 in it's claims.

2. Venue is proper given Plaintiff is the only son of the alleged victim in this case, and is now the Administrator of her Estate, but is now suing in his individual capacity only.

3. Plaintiff is a resident and full time citizen of the state of Hawaii.

4. The United States Supreme Court determined in Erie Railroad v, Tompkins (1938 that the law applied in a diversity case would be the law of whatever state in which the action is filed.

5. In Leblanc v. Cleveland, 248 F. 3d 95 (2nd Cir. 1999) it is stated that Diversity is determined at th time that the action is filed, and on the basis of the residency of the parties at that time. A change in domicile by a party before or after that date is irrelevant,

6. Under Article III of the Constitution, federal ciourts can hear "all cases ub kaw and equity arising under this Constitution and laws of the United States.

7. To prevent bias, Diversity Jurisdiction was created on the basis that claims can be heard in the federal court so as to not permit unfair biased when defendants, such as the defendants in this case, control or dominate the state for which they are being sued, especially if they have enormous influence in that state (Guar Trust Co. v. York, 326 U.S. 99, 111 (1945).

**PARTIES**

8. BRIAN EVANS, Plaintiff (Pro Se) a resident and citizen of Hawaii

9. Town of Hampton, New Hamshire, a township located and doing business in Hampton, New Hampshire

10. Mike Pierce, a Citizen and Resident of Hampton, New Hampshire

11. Ben Moore, a Citizen and Resident of Hampton, New Hampshire

**COUNT 1**

**COMPLAINT FOR CONSPIRACY TO COMMIT FRAUD**

12. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

13. Plaintiff, among information and belief (which will be further proven through discovery), alleges that all Defendants colluded to prevent a memorial sign from being designated on a street that all Hampton taxpaying citizens, which defendants directed Plaintiff to procure in the form of a sign petition, preordained it's failure and therefore dishonored not only their town, but Helen Marie Bousquet (which by this Complaint displays to this Honorable Court is something this son will not tolerate, nor should any).

14. Plaintiff alleges that the Selectmen and Town of Hampton, NH falsely led Plaintiff to believe that if he obtained signatures from registered voters who lived on the street Plaintiff's mother resided on, that an noninvasive memorial sign would be placed beneath it's street sign in order to honor her as a National Baseball Hall of Fame library inductee, and for bringing to attention on a national light the condition known as sleep apnea. The New Hampshire Governor herself has already done so (**Exhibit A**), and the United States Senator Janet Shaheen supports the efforts (**Exhibit B**), as does legendary film star William Shatner (**Exhibit C**). After securing the requirements which the Defendants, on video, stated, they failed to do so. Plaintiff alleges the Defendants defrauded the Plaintiff, and the taxpayers who supported the effort, in their pre-planned denial of the proposal.

15. At the second "hearing" where Plaintiff brought all the information he was requested to bring, including the signed petitions, the Selectmen, again, on video, completely changed their tune, denied making claims previously made (on video), and denied the measure.

16. In fact, co-defendant Mike Pierce, when learning of this lawsuit, had the audacity to laugh it off (**Exhibit D**), but just weeks earlier publicly supported the very same measure (see **Exhibit E**).

**COUNT TWO**

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

17. This has caused me great unimaginable grief, I am seeing a Harvard Professor up to three times a week since the week this happened (now via Skype as I am in Hawaii), and have been medicated just to get through it. I have contemplated suicide, but for were it not wanting these Defendants to get away with what they did, I've refrained with the help of my grief therapist. I cannot eat, have lost more than 30 pounds, can't eat, and most nights cry myself to sleep as I walk around, when awake, as a zombie. My mother was not part of my family, she was my entire family. I am lost without her, have not performed a

single concert since this happened, and do not know if I will ever sing again despite being in contention for several Grammy Awards this year for a video my mother co-produced.

18. This has caused me great unimaginable grief, I am seeing a Harvard Professor up to three times a week since the week this happened (now via Skype as I am in Hawaii), and have been medicated just to get through it. I have contemplated suicide, but for were it not wanting these Defendants to get away with what they did, I've refrained with the help of my grief therapist. I cannot eat, have lost more than 30 pounds, can't eat, and most nights cry myself to sleep as I walk around, when awake, as a zombie. My mother was not part of my family, she was my entire family. I am lost without her, have not performed a single concert since this happened, and do not know if I will ever sing again (and have gone broke in the process) despite being in contention for several Grammy Awards this year for a video my mother co-produced.

19. My mother earned this honor. Every Governor in this nation (minus Massachusetts, who I am suing in an unrelated case) is issuing a Proclamation for her. Oscar winning actor Tom Hanks introduces her website at helenbousquet.com (a first for him ever), and besides being the best mother I could ever have, she deserves to be respected and honored and if I have to sue to the US Supreme Court, it's my intention that a woman who gave up her life for this cause will be honored. I am in agony. Every day, and with every breath.

WHEREFORE, Plaintiff prays the judgment against the Defendants as follows:

1. For an injunction providing:

That the court order memorial sign by placed beneath the street my mother lived on, or if it does not have that power, to;

2. For statutory damages for each infringement in the amount of $10 million dollars to be dispersed to

charities my mother would have wanted, all in the state of New Hampshire and with no monies to Plaintiff.

3. That punitive damages be awarded, if permitted by this Honorable Court to Plaintiff for the Intentional Infliction of Emotional Distress claim.

4. For Plaintiff's costs outside of this courts gracious award of permitting him to proceed without payment of fee's for filing and pursuing this case.

5. For such other and further relief as the Court may deem just and proper.

Please note that no Defendant has filed an appearance in this case, and therefore service is not required on any defendant named at this time.

## **CONCLUSION**

This is my mother this happened to. I will move the earth in every legal way available to me in order to see that justice is done, and that she is honored for her sacrifice. No soldier goes into battle wanting to die. My mother took a taxi instead, and let people who knew she had sleep apnea stick her in an unmonitored recovery room, dosed out on morphine, operate on her and then leave her to die. As her son, if I allowed that to happen, then who am I exactly. There are two "crazy" ways to react to something like this. One crazy way dishonors her and lands me in prison. The other "crazy" way, is exactly what I'm doing, and that's seeing to it that as much attention to what caused my mothers death is brought to light, and so that the next time a hospital puts a sleep apnea patient dosed out on morphine in an unmonitored recovery room, that they think twice. I only get one mother, and at 62, I don't get to see that smile again. However what I will never stand for, no matter how far up the chain I must go, is see her sacrifice go disrespected. No son who loves his mother should react any other way.

The state of Massachusetts is now proposing new legislation as a direct result of what happened to her,

the FBI (Special agent Mike Lawrence of the FBI in Boston) is investigating her case, and no stone will be left unturned until justice is done, and my mother is honored. This year my mother could win a Grammy, and instead of holding it, it will sit at the foot of a memorial tree. Plaintiff finds that unacceptable, and if the Court wishes to consider me some bereaved crazy son, then so be it, and I accept any repercussion for doing so. I didn't pick this fight, it came to me in the form of standing over my deceased mother who went to that hospital to feel better, not die. She will be honored.

Respectfully Submitted:

BRIAN EVANS

July 11th, 2013